NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PAMELA MELVIN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————————

2023-2203

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-1556, Chief Judge Margaret C. Bartley, Judge Michael P. Allen, and Judge Scott Laurer.

———————————

**ON MOTION**

———————————

PER CURIAM.

## O R D E R

After the court granted Pamela Melvin 268 days of extensions for filing her opening brief, the court ordered Ms. Melvin to file her brief by August 5, 2024 or the appeal would be dismissed. She has not filed the brief; instead, she moves for a refund of the docketing fee and sanctions

against the Secretary of Veterans Affairs. ECF No. 28 at 46; *see also id.* at 4 (arguing for "monetary sanction").

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  ECF No. 28 is denied.  Any request for a refund of the docketing fee should be made to the United States Court of Appeals for Veterans Claims.

(2)  The appeal is dismissed for failure to prosecute.

(3)  Any other pending motion is denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 26, 2024
Date